**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **MINORITY TELEVISION PROJECT, INC.**,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA**,<br><br>Defendants - Appellees,<br><br>and<br><br>**LINCOLN BROADCASTING COMPANY**,<br><br>Intervenor. | No. 09-17311<br><br>D.C. No. 3:06-cv-02699-EDL<br><br><br>**ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed. R. App. P. 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.